Charles G. Blake, Appellant, v. Vernon E. Ewers, Appellee.

Gen. No. 10,338.

Heard in this court at the February term, 1949. Harry C. Heyl, for appellant; Heyl, Royster & Voelker, for appellee; Clarence W. Heyl, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed January 10, 1950; rehearing denied April 5, 1950; released for publication April 5, 1950.